UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

JEFF BACHNER,

          Plaintiff,

- against -

BLEULIFE MEDIA GROUP, LLC,

          Defendant.

------------------------------------------------------------------------X

24 Civ. 1439 (PAE) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the Court's prior Order to Show Cause (Dkt. No. 9), Plaintiff Jeff Bachner submitted a proposed Clerk's Certificate of Default (Dkt. No. 10) and an Affirmation in Support from Plaintiff's attorney, Craig Sanders (Dkt. No. 11). On April 19, 2024, the Clerk issued a Certificate of Default as to Defendant Bleulife Media Group, LLC. (Dkt. No. 12). However, Plaintiff has not to date completed his application by submitting a motion for default judgment in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). Plaintiff shall file such a motion by July 8, 2024. The motion papers shall comply with the requirements set forth in Rule M of the Honorable Paul A. Engelmayer's Individual Rules and Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-paul-engelmayer).

      **SO ORDERED.**

DATED:    New York, New York
             June 20, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge