UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFF BACHNER,

                              Plaintiff,

                -v-

BLEULIFE MEDIA GROUP, LLC,

                             Defendant.

24 Civ. 1439 (PAE)

<u>ORDER OF DEFAULT JUDGMENT</u>

---

PAUL A. ENGELMAYER, District Judge:

      On February 26, 2024, plaintiff Jeff Bachner filed the complaint in this case, alleging copyright infringement. Dkt. 1. On March 4, 2024, plaintiff filed an affidavit of service as to defendant BleuLife Media Group LLC ("BleuLife"). Dkt. 8. After BleuLife failed to appear, respond, or take any action in this case, Bachner filed a proposed clerk's certificate of default on April 19, 2024. Dkt. 10. Having satisfied all requirements for the issuance thereof, Bachner obtained a Clerk's Certificate of Default that same day. Dkt. 12.

      Pursuant to this Court's Individual Rules and Practices, on July 8, 2024, Bachner filed a motion for default judgment, a supporting declaration, and a proposed default judgment order. Dkt. 14. On July 24, 2024, the Court issued an order to show cause ordering BleuLife to appear and oppose the motion for default judgment by August 14, 2024. Dkt. 16. On July 25, 2024, Bachner served BlueLife with the motion for default judgment and supporting documents and the Court's order to show cause. Dkt. 17. The defendant has not since filed an appearance or any opposition to plaintiff's motion for default judgment.

      The Court has reviewed plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b) and plaintiff's supporting declarations, Dkt. 14. Because proof of

service has been filed, the defendant has not answered the complaint, the time for answering the complaint has expired, and the defendant failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiff against defendant.

The Court, by separate order, will commission an inquest into damages. The Clerk of the Court is respectfully directed to terminate the motion pending at Docket 14.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: August 22, 2024
       New York, New York